FILED
IN OPEN COURT

MAR 17 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN SCOTT MCGALEM,<br>   a/k/a "Random Hipster,"<br>   a/k/a "Sircoolbeans,"<br><br>                   *Defendant.* | Case No. 1:22-cr-48 |

## STATEMENT OF FACTS

The United States and the defendant, BRIAN SCOTT MCGALEM (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. From at least September 30, 2020 through December 14, 2021, the defendant knowingly produced and attempted to produce child pornography by soliciting minors to create sexually explicit images and transmit them to him using the internet and interactive computer services; specifically, ONLINE SERVICE 1, ONLINE SERVICE 2, and ONLINE SERVICE 3.

**A.     The Defendant's Attempts to Groom MINOR VICTIM 1 and Obtain Images of MINOR VICTIM 1 Engaged in Sexually Explicit Conduct**

2. Between at least November 15, 2021 and November 25, 2021, the defendant, from his residence in Fairfax, Virginia, within the Eastern District of Virginia, used ONLINE SERVCE 1 to communicate with a nine-year-old boy residing in Maryland (hereinafter, "MINOR VICTIM 1"). Through these communications, the defendant sent sexually explicit pictures of himself, including a picture of an adult penis, and repeatedly requested that MINOR VICTIM 1 produce and provide sexually explicit pictures of MINOR VICTIM 1. Examples of these communications

include the following:

        a.        On November 15, 2021, the defendant used the moniker "Random Hipster#2429" to communicate with MINOR VICTIM 1 using ONLINE SERVICE 1. After MINOR VICTIM 1 stated that MINOR VICTIM 1 was 11 years old, the defendant exchanged the following messages with MINOR VICTIM 1:

| | |
|---|---|
| Random Hipster#2429: | On some real shit I would've actually sucked you off if I was your age. Like I can already imagine it like we make a bet . . . |
| Random Hipster#2429: | Lol send me video or a pic of it . . . I wont judge . . . Trust me . . . Do it no balls . . . Get that shit hard af . . . Lol just send some cock pics |
| Random Hipster#2429: | Please . . . I want to rate it . . . Just get your shit hard an send me a pic . . . I'll send you a pic of mine rn if you send me one of yours . . . |
| MINOR VICTIM 1: | K back lemme see yours firs##t |
| Random Hipster#2429: | [Sends an image to MINOR VICTIM 1] . . . Lol send a pic; I don't care if it's messy; or if you jazzed . . . |
| MINOR VICTIM 1: | Ok . . . It's cleaned up but . . . I'm not hard anymore so send anything |
| Random Hipster#2429: | Yeah im fine with it no matter what size |
| MINOR VICTIM 1: | Nah bro I'm not hard at all but sure . . . Nah bro . . . |
| Random Hipster#2429: | Yeah I know it's finna be good . . . I got trust in my boy . . . |
| MINOR VICTIM 1: | K hold on…maybe I'll send it if you guees right . . . |
| Random Hipster#2429: | Do it . . . |
| Random Hipster#2429: | Bro im so fucking hard rn . . . Oh my God you are so fucking sexy . . . Send me a nude please . . . |
| MINOR VICTIM 1: | Sorry man . . . |
| Random Hipster#2429: | Oh . . . You should send me one of yourself beating later tonight . . . |
| Random Hipster#2429: | Just send me a vid of yourself later . . . I'm find with anything . . . I want to see you tho . . . Hear you moaning |

2

| | |
|---|---|
| MINOR VICTIM 1: | . . . Nah bro |
| Random Hipster#2429: | . . . I kinda do want to jack off with you . . . But you still owe me a video or a pic of your cock tho . . . |
| Random Hipster#2429: | . . . I want you to send a dick pic when it's hard, cause I wanna swallow it . . . |
| MINOR VICTIM 1: | Maybe in a bit my brothers awake |

      b.     On November 17, 2021, the defendant again communicated with MINOR VICTIM 1 using ONLINE SERVICE 1. The defendant requested "a pic of your boner in your underwear . . . Under your underware" and told MINOR 1, "Think about me sucking you off then . . . I want to suck you of . . . An have you shove your big cock in my mouth . . . An then I want you to hold me down when I am gagging on it . . . Until you bust your load down my throat." The defendant thereafter exchanged the following messages with MINOR 1:

| | |
|---|---|
| MINOR VICTIM 1: | Yo calm down there . . . I'm not that horney |
| Random Hipster#2429: | I am . . . Wanna see . . . Hold on let me send a cock pic in the bathroom |
| Random Hipster#2429: | How about yours . . . don't be shy |
| Random Hipster#2429: | I want you to fuck me in any way you feel like |
| MINOR VICTIM 1: | Woahhhh |
| Random Hipster#2429: | Send me yours now . . . Please you owe me . . . I'm curious on how it looks like . . . |
| Random Hipster#2429: | Just pretend we are in bed together an we are about to do it an get it nice and hard under the covers an send a pic |
| MINOR VICTIM 1: | Thinking |
| Random Hipster#2429: | About what |
| MINOR VICTIM 1: | Ya know what# . . . Tomorrow I will foot . . . Do it . . . |
| Random Hipster#2429: | Damn dude this keeps happening . . . Idk maybe we moved on to sex with each other a little to fast |
| Random Hipster#2429: | Maybe we should slow it down . . . |

3

| | |
|---|---|
| Random Hipster#2429: | I really wish we were neighbors man . . . I would let you come over all the time . . . Have awesome ass sleep overs . . . |
| MINOR VICTIM 1: | When you think you gonna get on tomorrow and I love you even more |
| Random Hipster#2429: | Idk I will have to see |
| MINOR VICTIM 1: | . . . I get out of school at 3:30 . . . |
| MINOR VICTIM 1: | . . . Cya hope you have a good day at work man |
| Random Hipster#2429: | You too have a great day at school |
| MINOR VICTIM 1: | . . . But can I get your phone number I don't get notifications when you text me sometimes . . . |
| Random Hipster#2429: | . . . [provides his phone number] . . . |
| Random Hipster#2429: | . . . Want me to deliver some food to your house later tonight . . . |

    c.    On November 19, 2021, the defendant communicated with MINOR VICTIM 1 using ONLINE SERVICE 1 again. Upon being told that MINOR VICTIM 1 had a "girlfriend," the defendant offered to provide "tips on how to fuck her good," asked MINOR VICTIM 1 if MINOR VICTIM 1 was "circumcised" and could "jizz yet," and told MINOR VICTIM 1, "Dude if you have sex with her you should film it an send it." The defendant and MINOR VICTIM 1 also provided each other their home addresses.

    d.    On November 20 and 21, 2021, the defendant again communicated with MINOR VICTIM 1 using ONLINE SERVICE 1. The defendant told MINOR VICTIM 1, among other things, that he planned to send a "headset" to MINOR VICTIM 1. The defendant also stated that he "wanted to date [MINOR VICTIM 1] for awhile now" and "had the biggest crush on [MINOR VICTIM 1] since [they had] met."

    e.    On November 23, 2021, the defendant communicated with MINOR

4

VICTIM 1 using ONLINE SERVICE 1. The defendant told MINOR VICTIM 1 about a "fan fiction" about a sexual relationship between himself and MINOR VICTIM 1, in which the defendant said he had anal sex with an 11-year-old boy with the first name as MINOR VICTIM 1.

    f.  On November 24, 2021, the defendant communicated with MINOR VICTIM 1 using ONLINE SERVICE 1. The defendant told MINOR VICTIM 1, among other things, that he wanted to "spend time with" MINOR VICTIM 1 and that MINOR VICTIM 1 was "very handsome." The defendant also stated that he was "mailing your package," adding that it may arrive quickly because they did not "live that far" apart.

  3.  On or about December 9, 2021, MINOR VICTIM 1's parent learned that MINOR VICTIM 1 had received a FedEx package from the defendant. The package contained a headset used for computer gaming. MINOR VICTIM 1's parent then reviewed online chat messages between MINOR VICTIM 1 and the defendant that were located on a video game system used by MINOR VICTIM 1.

  4.  On December 14, 2021, Homeland Security Investigations and other law enforcement officers executed a federal search and seizure warrant at the defendant's home in Fairfax, Virginia and recovered a mobile telephone and laptop computer. The laptop computer was manufactured in Texas and the mobile telephone was manufactured in China. That same day, law enforcement officers conducted a probable cause arrest of the defendant, who was subsequently charged by criminal complaint.

  5.  A digital forensic examination of the defendant's laptop computer recovered a video of a prepubescent minor boy masturbating. The video had a creation date of October 22, 2019 and a last-accessed date of March 14, 2020. HSI also found forensic artifacts reflecting a Google search for "young boy porn," conducted on February 14, 2018, and a Google search for

"chubby boy sucking cock," conducted on December 14, 2021, in the laptop computer's internet browser history. And, through a digital forensic examination of the defendant's mobile telephone, HSI discovered a video depicting a prepubescent minor male masturbating in a bathroom. The defendant stored the video in an application that encrypts and password-protects files and uploaded it to an online account. Neither of the prepubescent minor boys have been identified.

**B.    The Defendant's Communications with Other Minor Victims for the Purpose of Obtaining Images of Minors Engaging in Sexually Explicit Conduct**

6.    The defendant also used ONLINE SERVICE 1 and ONLINE SERVICE 2 to exchange communications with individuals whom the defendant knew or believed were minors, including MINOR VICTIM 2, MINOR VICTIM 3, MINOR VICTIM 4, MINOR VICTIM 5, and MINOR VICTIM 6. These chats included communications of a sexual nature.

### *MINOR VICTIM 2*

7.    From approximately at least September 28, 2021 to December 4, 2021, the defendant communicated with MINOR VICTIM 2, an identified minor residing outside of the Commonwealth of Virginia, using ONLINE SERVICE 2 and the moniker "Sircoolbeans." At the defendant's request, MINOR VICTIM 2 took pictures of MINOR VICTIM 2's penis and sent them to the defendant. The defendant asked, "When can you send more like that," to which MINOR VICTIM responded, "Idk man I'm only sending dem to my girlfriend maybe[.]" MINOR VICTIM 2 was under the age of 12 years old at the time that the pictures were requested and sent.

### *MINOR VICTIM 3*

8.    From approximately April 2021 to July 2021, the defendant communicated with MINOR VICTIM 3, an identified minor residing outside the Commonwealth of Virginia, using ONLINE SERVICE 1. On May 13, 2021, the defendant asked MINOR VICTIM 3 for pictures to help another user of ONLINE SERVICE 1 "see if he was bigger than you[.]" The defendant

told MINOR VICTIM 3 that the other ONLINE SERVICE 1 user "has this fantasy of me you an him having a three way." The defendant also asked MINOR VICTIM 3 about masturbation, and MINOR VICTIM 3 indicated that MINOR VICTIM 3 was unable to ejaculate yet when he masturbates. At the defendant's request, MINOR VICTIM 3 took pictures of MINOR VICTIM 3's penis and sent them to the defendant. The defendant also requested that MINOR VICTIM 3 show his penis to the defendant using ONLINE SERVICE 3, which MINOR VICTIM 3 did. MINOR VICTIM 3 was under the age of 12 years old at the time that the pictures were requested and sent.

### *MINOR VICTIM 4*

9. In an ONLINE SERVICE 1 conversation that lasted from May 2021 to November 2021, the defendant attempted to convince MINOR VICTIM 4, a minor, that he was the defendant's "boyfriend," a proposition which MINOR VICTIM 4 rejected. However, the defendant asked "[Why] did I give you head last night[,]" referring to an online sex act. The defendant also discussed masturbation and his desire to give MINOR VICTIM 4 a "weird loud thing" that the defendant caught and was keeping in his shed. MINOR VICTIM 4 told the defendant that a dating relationship between the two was "illegal" and "not right[.]"

### *MINOR VICTIM 5*

10. From at least April 2021 to October 2021, the defendant communicated with MINOR VICTIM 5, telling him on May 10, 2021, "Every time I look at you I feel like you were the one meant for me" and "An I know that we will meet up one day an I will prove to you how much you mean to me in my eyes[.]"

### *MINOR VICTIM 6*

11. In a conversation with MINOR VICTIM 6, an unidentified minor, over several weeks in late November 2021, the defendant suggested that MINOR VICTIM 6 have sexual intercourse with another individual, "totally film a sex tape," and try to send a video to the defendant. The defendant also offered to send a video of himself having sexual intercourse with his neighbor to MINOR VICTIM 6. MINOR VICTIM 6 declined the offer, and in response to the defendant's statement "I will date you," told the defendant that he was 14 years old. The defendant replied, "Lmao ok fine friends with benefits . . . Like I honestly would think I am lucky af if I dated You," to which MINOR VICTIM 6 responded, "bruh your more then 18[.]" The defendant responded, "Im saying IF I dated you[,] Capital IF[.]"

\*     \*     \*

12. Not all of the suspected minors with whom the defendant was having sexual conversations have been identified to date, including MINOR VICTIM 6. At the time that this statement of facts is executed, HSI continues to attempt to identify them.

13. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

14. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: March 10, 2022          By:     /s/
                              Jonathan S. Keim
                              Assistant United States Attorney
                              Whitney Kramer
                              Special Assistant United States Attorney (LT)

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, BRIAN SCOTT MCGALEM, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Brian Scott Mcgalem

I am BRIAN SCOTT MCGALEM's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Brittany Davidson, Esq.
Attorney for Brian Scott Mcgalem

10